LAWRENCE G. BROWN
Acting United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CIV S-09-1940 MCE DAD |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER FOR |
| | ) | PUBLICATION |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 1 MILE | ) | |
| UP HENNESSEY ROAD, BURNT RANCH, | ) | |
| CALIFORNIA, TRINITY COUNTY, | ) | |
| APN: 008-430-02, INCLUDING | ) | |
| ALL APPURTENANCES AND | ) | |
| IMPROVEMENTS THERETO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   The United States of America, Plaintiff herein, applies for an order of publication as follows:

   1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;
/////

1          2.   Local Rule 83-171, Eastern District of California,
2    provides that the Court shall designate by order the appropriate
3    newspaper or other vehicle for publication;
4          3.   The defendant real property is located in the city of
5    Burnt Ranch, in Trinity County, California;
6          4.   Plaintiff proposes that publication be made as follows:
7               a.   One publication;
8               b.   Thirty (30) consecutive days;
9               c.   On the official internet government forfeiture
10   site www.forfeiture.gov;
11              d.   The publication is to include the following:
12                   (1)  The Court and case number of the action;
13                   (2)  The date of the seizure/posting;
14                   (3)  The identity and/or description of the
15   property seized/posted;
16                   (4)  The name and address of the attorney for the
17   Plaintiff;
18                   (5)  A statement that claims of persons entitled
19   to possession or claiming an interest pursuant to Supplemental
20   Rule G(5) must be filed with the Court and served on the attorney
21   for the Plaintiff no later than 60 days after the first day of
22   publication on the official internet government forfeiture site;
23   and
24                   (6)  A statement that answers to the Complaint or
25   a motion under Rule 12 of the Federal Rules of Civil Procedure
26   ("Fed. R. Civ. P.") must be filed and served within 20 days after
27   ///
28   ///

the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: July 16, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Kristin S. Door
KRISTIN S. DOOR
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

DATED: July 16, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/U.S.v.RealProperty1940.ord