```
BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cv-1940 GEB/KJM |
| Plaintiff, | STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER THEREON [PROPOSED] |
| v. | |
| REAL PROPERTY LOCATED AT 1 MILE UP HENNESSEY ROAD, BURNT RANCH, CALIFORNIA, TRINITY COUNTY, APN: 008-430-02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | DATE: September 20, 2010<br>TIME: 9:00 a.m.<br>COURTROOM: 10 |
| Defendant. | |

The plaintiff United States of America and claimants Chase Home Finance LLC ("Chase") and Erlinda Pickle, individually and in her capacity as Conservator of the Estate of Thomas A. Pickle, submit the following stipulation requesting that this Court stay further proceedings in this case because a related criminal case is still pending in Trinity County against James and Thomas

Pickle.[1]

Counsel for plaintiff spoke with Trinity County Deputy District Attorney Eric Heryford on September 2, 2010, who advised her that James Pickle's preliminary hearing is currently scheduled for October 2, 2010. Mr. Heryford also stated it is unlikely that a trial date will be scheduled before January 1, 2011.

This stipulation is based on the following:

1. Pursuant to 18 U.S.C. §§ 981(g)(1), (g)(2) and 21 U.S.C. § 881(i) the parties suggest that a stay of further proceedings in this case is necessary. The United States contends that the defendant real property was used to cultivate, process, and store marijuana and is therefore forfeitable to the United States. The United States intends to depose claimant Erlinda Pickle about the claim she filed in this case and the facts surrounding Thomas's (her husband's) and James Pickle's drug activity on the defendant property; the nature of the interest she claims in the defendant property [2]; and her knowledge, if any, of the criminal activity on the property.

---

[1] Plaintiff advised this Court in the Joint Status Report filed on May 11, 2010, that it intended to file a motion for default judgment against Thomas Pickle, James Pickle, and Terry J. Williams. As of May 11, 2010, only Chase had filed a claim and answer, and the clerk had entered defaults against Thomas and James Pickle and Terry Williams. However, on June 16, 2010, Erlinda Pickle filed a claim and answer on her own behalf, and on July 20, 2010, filed a claim and answer as the Conservator of Thomas Pickle's estate. Erlinda Pickle is Thomas' wife, although her name does not appear on title to the defendant property. Thomas Pickle has been missing since late 2009 and Erlinda Pickle has been appointed by the Trinity County as the Conservator.

[2] Thomas A. Pickle took title to the defendant property as "an unmarried man as his sole and separate property."

1  Plaintiff also intends to depose James Pickle.
2      However, if discovery proceeds, James Pickle will
3  undoubtedly invoke his Fifth Amendment right against self-
4  incrimination while the state charges are still pending.  If
5  James Pickle invokes his Fifth Amendment rights, the United
6  States will be deprived of the testimony of an important witness
7  to Thomas Pickle's criminal conduct, and possibly to claimant
8  Erlinda Pickle's knowledge (or lack thereof) of that conduct.
9      2.   In addition, if this case is not stayed claimant Pickle
10 will attempt to depose law enforcement officers who were involved
11 in the execution of the search warrants at the defendant
12 property.  Allowing depositions of these officers would adversely
13 affect the ability of the Trinity County authorities to conduct
14 its related criminal prosecution.
15     3.   Accordingly, the parties contend that proceeding with
16 this action at this time has potential adverse affects on the
17 prosecution of the related criminal case and/or upon claimant
18 Erlinda Pickle's ability to prove her claim to the property and
19 to contest the government's allegations that the property is
20 forfeitable.  For these reasons, the parties request that this
21 matter be stayed for a period of six months.  At that time the
22 parties will advise the Court whether a further stay is
23 necessary.

25 DATED: September 2, 2010           BENJAMIN B. WAGNER
                                     United States Attorney

                                By:  /s/ Kristin S. Door
                                     KRISTIN S. DOOR
                                     Assistant U.S. Attorney

1 | DATED: September 2, 2010         ROUTH CRABTREE OLSEN, P.S.

                                    By:  /s/ Edward T. Weber
                                         (As authorized on 09/02/10)
                                         Edward T. Weber
                                         Attorneys for Chase
                                         Home Finance LLC

6 | DATED: September 2, 2010         RICHARD M. BARNETT

                                         /s/ Richard M. Barnett
                                         (As authorized on 09/02/10)
                                         RICHARD M. BARNETT
                                         Attorney for Erlinda Pickle,
                                         Individually and as the
                                         Conservator of the Estate of
                                         Thomas A. Pickle

**ORDER**

For the reasons set forth above, the status conference now scheduled for September 20, 2010, is vacated and is continued to March 28, 2011. A joint status report addressing the issues listed in the Court's July 16, 2009, Order Setting Status (Pretrial Scheduling) Conference shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated:  September 8, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge