BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 1 MILE UP HENNESSEY ROAD, BURNT RANCH, CALIFORNIA, TRINITY COUNTY, APN: 008-430-02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>　　　　Defendant. | 2:09-CV-01940-GEB-GGH<br><br>STIPULATION AND ORDER TO CONTINUE HEARING FOR MOTION TO SUPPRESS EVIDENCE |

　　　IT IS HEREBY STIPULATED between the United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for claimant Erlinda Pickle, Richard Mark Barnett, that:

　　　1.　The hearing currently set by the Court for October 11, 2011 at 9:00 a.m., with the Court's approval, be continued to October 24, 2011 at 9:00 a.m.

　　　2.　That plaintiff will file an opposition to the motion with the Court on or before October 10, 2011.

///

```
1   Dated:  8/16/11                    BENJAMIN B. WAGNER
                                       United States Attorney
2

3
                                  By:  /s/ Kevin C. Khasigian
4                                      KEVIN C. KHASIGIAN
                                       Assistant U.S. Attorney
5

6   Dated:  8-16-11

7                                 By:  /s/ Richard M. Barnett
                                       RICHARD M. BARNETT
8                                      Attorney for Claimant
                                       Erlinda Pickle
9
                                       (Original signatures retained
10                                     by attorney)

11
                                  ORDER
12
         IT IS SO ORDERED.
13
    Dated:  August 17, 2011
14
```

GARLAND E. BURRELL, JR.
United States District Judge