1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CV-01940-GEB-GGH |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING FOR MOTION TO SUPPRESS EVIDENCE BY CLAIMANT ERLINDA PICKLE |
| v. | |
| REAL PROPERTY LOCATED AT 1 MILE UP HENNESSEY ROAD, BURNT RANCH, CALIFORNIA, TRINITY COUNTY, APN: 008-430-02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America through its undersigned counsel, Kevin C. Khasigian, Assistant United States Attorney, and counsel for claimant Erlinda Pickle, Richard Mark Barnett, that:

1. The hearing currently set by the Court for October 24, 2011, at 9:00 a.m., with the Court's approval, be continued to December 5, 2011 at 9:00 a.m.

2. That the United States file an opposition to the motion with the Court on November 14, 2011.

///

```
Dated:  9-29-11                         BENJAMIN B. WAGNER
                                        United States Attorney


                                  By:   /s/ Kevin C. Khasigian
                                        KEVIN C. KHASIGIAN
                                        Assistant U.S. Attorney

Dated:  9-29-11


                                         /s/ Richard M. Barnett
                                        RICHARD M. BARNETT
                                        Attorney for Claimant
                                        Erlinda Pickle

                                        (Original signatures retained
                                        by attorney)
```

ORDER

IT IS SO ORDERED.

Dated: September 30, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge