1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        ) 2:09-CV-01940-GEB-GGH
                                     )
12            Plaintiff,             ) STIPULATION AND ORDER TO
                                     ) CONTINUE HEARING FOR MOTION
13       v.                          ) TO SUPPRESS EVIDENCE BY
                                     ) CLAIMANT ERLINDA PICKLE
14  REAL PROPERTY LOCATED AT 1 MILE  )
    UP HENNESSEY ROAD, BURNT RANCH,  )
15  CALIFORNIA, TRINITY COUNTY,      )
    APN: 008-430-02, INCLUDING       )
16  ALL APPURTENANCES AND            )
    IMPROVEMENTS THERETO,            )
17                                   )
              Defendant.             )
18  _____)

19       IT IS HEREBY STIPULATED between the United States of America

20  through its undersigned counsel, Kevin C. Khasigian, Assistant

21  United States Attorney, and counsel for claimant Erlinda Pickle,

22  Richard Mark Barnett, that:

23       1.   The hearing currently set by the Court for October 24,

24  2011, at 9:00 a.m., with the Court's approval, be continued to

25  December 5, 2011 at 9:00 a.m.

26       2.   That the United States file an opposition to the motion

27  with the Court on November 14, 2011.

28  ///

                             1              Stip and Order to
                                            Continue Hearing

1   Dated:  9-29-11                          BENJAMIN B. WAGNER
                                            United States Attorney
2

3

4                                           By: /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
5                                           Assistant U.S. Attorney

6
    Dated:  9-29-11
7
                                               /s/ Richard M. Barnett
8                                           RICHARD M. BARNETT
                                            Attorney for Claimant
9                                           Erlinda Pickle

10                                          (Original signatures retained
                                            by attorney)
11

12                                    ORDER

13      IT IS SO ORDERED.

14
    Dated:  September 30, 2011
15

16

17   GARLAND E. BURRELL, JR.
     United States District Judge
18

19

20

21

22

23

24

25

26

27

28

                          2                 Stip and Order to
                                            Continue Hearing