IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REAL PROPERTY LOCATED AT 1 MILE ) <br> UP HENNESSEY ROAD, BURNT RANCH, ) <br> CALIFORNIA, TRINITY COUNTY, APN: ) <br> 008-430-02, INCLUDING ALL ) <br> APPURTENANCES AND IMPROVEMENTS ) <br> THERETO, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:09-cv-01940-GEB-GGH <br><br> ORDER RE: SETTLEMENT AND <br> DISPOSITION |

Plaintiff filed a "Notice of Settlement" on February 23, 2012, in which it states:

> [T]he parties to the above-referenced civil action have reached a settlement. Plaintiff has been advised by counsel for Erlinda Pickle that additional time will be needed to obtain her signature on the settlement agreement. Accordingly, plaintiff requests at least 45 days within which to file the dispositional papers with the Court, rather than the 21 days provided under E.D. Cal. R. 160(b).

(ECF No. 71.)

Therefore, a dispositional document shall be filed no later than April 9, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b)("A failure to

1

1  file dispositional papers on the date prescribed by the Court may be
2  grounds for sanctions.").
3         IT IS SO ORDERED.
4  Dated:  February 23, 2012

6  _____
   GARLAND E. BURRELL, JR.
7  United States District Judge