IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                        )   2:09-cv-01940-GEB-GGH
        Plaintiff, )
                                        )
    v. )  ORDER
                                        )
REAL PROPERTY LOCATED AT 1 MILE )
UP HENNESSEY ROAD, BURNT RANCH, )
CALIFORNIA, TRINITY COUNTY, APN: )
008-430-02, INCLUDING ALL )
APPURTENANCES AND IMPROVEMENTS )
THERETO, )
                                        )
        Defendant. )
_____)

        In light of the settlement referenced in Plaintiff's "Notice of Settlement," filed on February 23, 2012, Erlinda Pickle's pending Motion to Suppress (ECF No. 52) is deemed withdrawn.

Dated:  February 23, 2012

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge