IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>REAL PROPERTY LOCATED AT 1 MILE UP HENNESSEY ROAD, BURNT RANCH, CALIFORNIA, TRINITY COUNTY, APN: 008-430-02, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>        Defendant.<br>_____ | 2:09-cv-01940-GEB-GGH<br><br>ORDER |

        In light of the settlement referenced in Plaintiff's "Notice of Settlement," filed on February 23, 2012, Erlinda Pickle's pending Motion to Suppress (ECF No. 52) is deemed withdrawn.

Dated: February 23, 2012

                                   GARLAND E. BURRELL, JR.
                                   United States District Judge