IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | CIV.S. 09-1940 GEB GGH | |
| vs. | | |
| REAL PROPERTY LOCATED AT 1 MILE UP HENNESSEY ROAD, BURNT RANCH, CALIFORNIA, et al., | | |
| Defendants. | ORDER | |

      This case settled on February 23, 2012. Dispositional papers are due to be filed by April 9, 2012.

      Accordingly, for administrative reasons, IT IS ORDERED that:

      1. The findings and recommendations issued May 19, 2011, (dkt. no. 45), are withdrawn.

      2. The government's motion for default judgment, filed April 28, 2011, (dkt. no. 39), is vacated.

DATED: March 12, 2012

                              /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH:076:USRealProp1940.wpd