IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,                   CIV.S. 09-1940 GEB GGH

     vs.

REAL PROPERTY LOCATED AT
1 MILE UP HENNESSEY ROAD,
BURNT RANCH, CALIFORNIA, et al.,

            Defendants.            ORDER
_____/

         This case settled on February 23, 2012.  Dispositional papers are due to be filed by April 9, 2012.

         Accordingly, for administrative reasons, IT IS ORDERED that:

         1.  The findings and recommendations issued May 19, 2011, (dkt. no. 45), are withdrawn.

         2.  The government's motion for default judgment, filed April 28, 2011, (dkt. no. 39), is vacated.

DATED: March 12, 2012

                         /s/ Gregory G. Hollows
                       UNITED STATES MAGISTRATE JUDGE

GGH:076:USRealProp1940.wpd

1